**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

**CRIMINAL ACTION NO: 1:15-MJ-02086-MBB**

**UNITED STATES OF AMERICA
Plaintiffs**

**v.**

**SANDERLEY RODRIGUES DE VASCONCELOS
Defendant**

---

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE**

---

NOW COMES the Defendant, Sanderley Rodrigues de Vasconcelos, in the above captioned matter and hereby moves this Honorable Court to modify the conditions of his release as ordered on May 21, 2015, for the following reasons:

1. The Defendant was detained on May 7, 2015 in New Jersey. On May 21, 2015, the Defendant appeared before U.S. Magistrate Steven Mannion, who set the conditions of Defendant's release.

2. The Defendant was subsequently transferred to Massachusetts, and this Court ordered the same conditions to be imposed.

3. One of the conditions is that the Defendant submit to mental health testing and/or treatment, as directed by Pretrial Services ("PTS").

4. Another condition was that Defendant remain under home incarceration at all times except for medical needs or treatment, religious services, court appearances, or other activities pre-approved by the Court.

5. The Defendant respectfully requests that this Honorable Court modify the condition requiring Defendant to remain in his residence 24 hours per day, and approve the Defendant to be allowed to go to the gym located within his gated community once per day. As the Defendant has secured his release on very significant bond ($200,000.00) to secure his appearance, has surrendered all identification and travel documents, and is being electronically monitored, he does not pose a flight risk, and merely requests to be allowed to go to the gym once a day, at a time approved by the Court.

6. The Defendant further requests that this Court modify the requirement that Defendant submit to mental health testing and/or treatment as directed by PTS. The Defendant is not an imminent threat to himself or to others, and his mental health is not at issue.

WHEREFORE, the Defendant respectfully requests that this Honorable Court modify the conditions of Defendant's release from custody, as requested above. He has otherwise complied with the terms of his release.

/s/ Ludovino Gardini
Ludovino Gardini, BBO # 568563
Perez Gardini, LLC
PO Box 6318
Boston, MA 02114
(617) 507-1779
Fax: (866) 520-1233
ludo@gardinilaw.com

## CERTIFICATE OF SERVICE

I, Ludovino Gardini, hereby certify that on August 14, 2015, the foregoing Motion for Modification of Conditions of Release, filed through the Electronic Case Filing System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and that a paper copy shall be served upon those indicated as non-registered participants.


/s/ Ludovino Gardini